UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:15-cr-40-FtM-29CM

L. V. THOMAS

**ORDER ACCEPTING REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 27) the defendant in this case appeared in connection with allegations of supervised release violations. The defendant waived a preliminary revocation hearing.

A final revocation hearing has been scheduled for **October 26, 2015 at 11:00 AM**.

**DONE AND ORDERED** at Fort Myers, Florida, this ____ day of October, 2015.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record
U.S. Marshal